# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2016 to 12/31/2016
**Case Number: 16-25595 (JNP)**

Shane N. Ciarrocchi
2 Stella Drive
Pittsgrove, NJ 08318

Monthly Payment: $122.00
Payments / Month: 1
Current Trustee Comp.: 7.80%

### The following are receipts posted in this case within the above dates:

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 09/12/2016 | $122.00 | 10/11/2016 | $122.00 | 11/09/2016 | $122.00 | 12/09/2016 | $122.00 |

### The following are the creditors who are set up to be paid through this plan:

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | SHANE N. CIARROCCHI | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | ANTHONY LANDOLFI, ESQUIRE | 13 | $3,400.00 | $450.53 | $2,949.47 | $338.05 |
| 1 | AR RESOURCES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | ARS ACCOUNT RESOLUTION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | APEX ASSET MANAGEMENT, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | ATLANTIC CITY ELECTRIC COMPANY | 33 | $12,339.85 | $0.00 | $12,339.85 | $0.00 |
| 5 | BRIDGETON MUNICIPAL COURT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | COMCAST CABLE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | COMMONWEALTH FINANCIAL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | CONVERGENT HEALTHCARE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | ELK JOINT MUNICIPAL COURT | 33 | $1,030.00 | $0.00 | $1,030.00 | $0.00 |
| 10 | FINANCIAL RECOVERY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | H & H INVESTMENTS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | IC SYSTEMS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | INSPIRA HEALTH NETWORK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | JIM SULLIVAN, INC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | QUAL ASSET RECOVERY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | REMEX, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | ROSE SMITH | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | STATE OF NEW JERSEY | 28 | $2,523.00 | $0.00 | $2,523.00 | $0.00 |
| 19 | USA FUNDS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | Anthony Landolfi | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | QUAL ASSET RECOVERY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | NAVIENT SOLUTIONS, INC. | 33 | $1,040.79 | $0.00 | $1,040.79 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 09/01/2016 | 60.00 | $122.00 |
| 09/01/2021 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $488.00 |
| Total paid to creditors this period: | $338.05 |
| Undistributed Funds on Hand: | $112.48 |
| Arrearages: | $0.00 |
| Attorney: | ANTHONY LANDOLFI, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**