# Office of the Chapter 13 Standing Trustee

*Isabel C. Balboa, Chapter 13 Standing Trustee†*

*Jane L. McDonald, Counsel*  *Kelleen E. Stanley\**
*Raymond H. Shockley, Jr. Staff Attorney*  *Jennie P. Archer\**
*Jennifer R. Gorchow, Staff Attorney*  *Jenai M. Cerquoni\**
*\*Certified Bankruptcy Assistant*
*†Fellow, American College of Bankruptcy*

August 03, 2017

SHANE N. CIARROCCHI
2 STELLA DRIVE
PITTSGROVE, NJ 08318

RE: DEBTOR(S): SHANE N. CIARROCCHI
CASE NO.: 16-25595-JNP
CONFIRMED: 10/05/2016

**NOTICE TO FILE ANNUAL STATEMENT OF INCOME AND EXPENSES
PURSUANT TO 11 U.S.C. §521(f)(4)(b)**

Pursuant to 11 U.S.C. §521(f)(4)(b):

At the request of the court, the United States Trustee, or any party in interest…..a debtor who is an individual shall file with the court

in a case under chapter 13 -

annually after the plan is confirmed and until the case is closed, not later than the date that is 45 days before the anniversary of confirmation of plan;

a statement, under penalty of perjury, of the income and expenditures of the debtor during the tax year of the debtor most recently concluded before such statement is filed under this paragraph, and of the monthly income of the debtor, that shows how income, expenditures, and monthly income are calculated.

As the Trustee, I am a party in interest and request that the debtor(s) file the required Amended Schedules I and J and provide proof of current income on or before 45 days to the anniversary date of the confirmation of the plan. Failure to timely file the annual statement may result in the Trustee seeking to dismiss or modify debtor(s)' chapter 13 plan.

Very truly yours,
/s/ Isabel C. Balboa
Isabel C. Balboa
Chapter 13 Standing Trustee

cc: ANTHONY LANDOLFI, ESQUIRE

Cherry Tree Corporate Center  **Payments Only:**
535 Route 38
Suite 580  P.O. Box 1978
Cherry Hill, NJ 08002  Memphis, TN 38101-1978
(856) 663-5002

IS_CHH_5004